# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RENITA CHALEPAH, et al., | ) | **CASE NO. 8:18-CV-381** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF SERVING** |
| v. | ) | **DISCLOSURE OF EXPERT** |
| | ) | **WITNESSES** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the Defendants, City of Omaha, Scotty Payne, Ryan McClarty, Jennifer Strudl, Makayla Mead and Erik Forehead, and pursuant to Fed.R.Civ.P.26(a)(2), and give notice that on February 10, 2020, the City Defendants did serve upon the Plaintiff their Disclosure of Expert Witnesses by depositing it in the United States mail, postage prepaid, and emailing it to Plaintiff's attorneys of record.

Dated this 10th day of February, 2019.

                                                                           CITY OF OMAHA, et al., Defendants,

                                                                          By  s/ Michelle Peters
                                                                           MICHELLE PETERS, No. 20021
                                                                           Deputy City Attorney
                                                                           RYAN WIESEN, No. 24810
                                                                           Assistant City Attorney
                                                                           1819 Farnam Street, Suite 804
                                                                           Omaha, NE 68183
                                                                           Telephone:  (402) 444-5115
                                                                           Michelle.peters@cityofomaha.org
                                                                           Ryan.wiesen@cityofomaha.org
                                                                           Attorneys for Defendants

CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2019, I electronically filed the **NOTICE OF SERVING DISCLOSURE OF EXPERTS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the attorneys of record in this matter.

                                                                            s/ Michelle Peters _____