# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENITA CHALEPAH, as Personal Representative of the Estate of Zachary Nicholas Bear Heels for the benefit of the Heirs and Next of Kin and as Personal Representative of the Estate of Zachary Nicholas Bear Heels, Deceased, | CASE NO. 8:18-cv-381 |
| Plaintiff, | |
| v. | NOTICE OF SERVING REPORTS OF EXPERT WITNESSES |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; et al., | |
| Defendants. | |

COME NOW the Defendants City of Omaha, Scotty Payne, Ryan McClarty, Jennifer Strudl, Makayla Mead, and Erik Forehead, individually and in their official capacities (the "City Defendants"), and give notice that on June 26, 2020, the City Defendants did serve upon the Plaintiff Expert Witness Reports from William P. Bozeman, MD, FACEP, Steve Ijames, and Mark Kroll, PhD, FACC, FHRS, FAIMBE, by electronic mail.

    City of Omaha, Scotty Payne, Ryan McClarty,
    Jennifer Strudl, Makayla Mead, and Eril Forehead,
    all in their individual and official capacities,
    Defendants.

    By: s/ Michele Peters
        MICHELLE PETERS, No. 20021
        Deputy City Attorney
        RYAN J. WIESEN, No. 24810
        Assistant City Attorney
        Omaha/Douglas Civic Center

<pre>
                        1819 Farnam Street, Suite 804
                        Omaha, NE 68183
                        (402) 444-5115
                        Michelle.Peters@cityofomaha.org
                        Ryan.Wiesen@cityofomaha.org
                        Attorneys for the Listed Defendants
</pre>

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2020, I electronically filed the foregoing **NOTICE OF SERVING REPORTS OF EXPERT WITNESSES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the above captioned case registered with the system.

                                                                                         s/ Michelle Peters