# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RENITA CHALEPAH, as Personal Representative of the Estate of ZACHARY NICHOLAS BEAR HEELS for the benefit of the Heirs and Next of Kin as Personal Representative of the Estate of ZACHARY NICHOLAS BEAR HEES, deceased, | ) ) ) ) ) ) ) | CASE NO. 8:18CV381 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JOINT MOTION FOR DISMISSAL** |
| THE CITY OF OMAHA, a Municipal Corporation; SCOTTY PAYNE, in his Individual and official capacity: RYAN MCCLARTY, in his individual and official capacity; JENNIFER STRUDL, in her individual and official capacity; MAKYLA MEAD, in her individual and official capacity; and ERIK FOREHEAD, in his individual and official capacity. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW the parties, by and through their counsel of record, and jointly move the Court for an Order of Dismissal of the above-captioned matter in its entirety, with prejudice, with each party to pay its own attorney fees and costs.

WHEREFORE, the parties pray that the Court enter and Order of Dismissal with prejudice, each party paying its own attorney fees and costs and complete record waived.

Dated this 31st day of August, 2020

- 2 -

| | |
|---|---|
| RENITA CHALEPAH, et al., | THE CITY OMAHA, et al., |
| Plaintiff, | Defendants, |
| By    s/ Garvin Isaacs <br>       Garvin Issacs, OK Bar. #4559 <br>       Debbie Maddox, OK Bar $13166 <br>       GARVIN ISAACS, INC. <br>       1400 North Shartel Ave. <br>       Oklahoma City, OK 73103 <br>       Telephone: 405/232-2060 <br>       apacheoklahoma@gmail.com <br>       Attorneys for Plaintiff | By   s/Michelle Peters <br>       Michelle Peters, No. 20021 <br>       Deputy City Attorney <br>       Ryan Wiesen, No. <br>       Assistant City Attorney <br>       1819 Farnam Street, Suite 804 <br>       Omaha, NE 68183 <br>       Telephone: 402/444-5115 <br>       Michelle.peters@cityofomaha.org <br>       Ryan.wiesen@cityofomaha.org <br>       Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2020, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system which is to send notification of such filing to all attorneys registered with the system who have entered an appearance in this action.

                                                /s/ Michelle Peters